```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 06 B 07461
   MOISE HARRIS
                                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-5991


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 06/26/2006 and was confirmed 09/11/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 08/25/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------------
CITY OF CHICAGO PARKING    UNSECURED        13085.00             .00             .00
SALLIE MAE EDUCATION CRE   UNSECURED        12887.58             .00             .00
IL DEPT OF HUMAN SERVICE   NOTICE ONLY     NOT FILED             .00             .00
LANIQUE WYNNE              NOTICE ONLY     NOT FILED             .00             .00
LENETTE HARRIS             NOTICE ONLY     NOT FILED             .00             .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY      2,769.00                        1,849.23
TOM VAUGHN                 TRUSTEE                                            130.77
DEBTOR REFUND              REFUND                                                .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                1,980.00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                 1,849.23
TRUSTEE COMPENSATION                             130.77
DEBTOR REFUND                                       .00
                      --------------      --------------
TOTALS                 1,980.00                1,980.00




              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 06 B 07461 MOISE HARRIS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 11/19/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |